**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **MAHMOAD ABDAH, et al.,** |
| **Petitioners,** |
| **v.** |
| **BARACK H. OBAMA, et al.,** |
| **Respondents.** |

**Civil Action 04-01254  (HHK)**

**ORDER**

On September 10, 2010, petitioner Abd Al Malik Abd Al Wahab (ISN 37) filed a motion

for leave to amend the traverse in his case [#912].  Respondents have indicated that they will not

oppose this motion.  Accordingly, it is this 20th day of September, 2010 hereby

**ORDERED** that petitioner's motion for leave to amend the traverse [#912] is

**GRANTED**.

Henry H. Kennedy, Jr.
United States District Judge